UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DURAN IRVIN, Pro Se, A MASSACHUSETTS HOUSE OF CORRECTION INMATE     Plaintiff; <br><br> VS. <br><br> ANDREA CABRAL, Sheriff of Suffolk HOUSE OF CORRECTION <br><br> MARY ELLEN MASTROGIELE, Superintendent <br><br>           Defendants | C.A. NO. _____ <br><br><br> NOTICE OF LITIGATION |

Please Take notice, That The undersigned Plaintiff, hereby states That he will be Filing a Litigation In Federal District Court, Against said Defendants Two weeks from This notice.

Respectfully Submitted,

Mr. Duran Irvin (Pro Se)

Mr. Duran Irvin (Pro Se);
20 Bradston St.
Boston, Ma. 02118

Dated: 10/6/03

CC:
Attorney General, Thomas F. Reilly;