# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

DURAN IRVIN,
        Plaintiff

    v.

SHERIFF ANDREA J. CABRAL,
ET AL.,
        Defendants.

CIVIL ACTION NO.:
04-10391-EFH

## ORDER OF DISMISSAL

January 5, 2005

HARRINGTON, S.D.J.

In view of the Court's Memorandum and Order, dated August 24, 2004, this case is ordered dismissed.

    SO ORDERED.

        /s/ Edward F. Harrington
        EDWARD F. HARRINGTON
        United States Senior District Judge